## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **PLUMBERS & PIPEFITTERS LOCAL UNION NO. 162, et al** | * * * | CASE NO. 3:12-CV-121 |
| Plaintiffs, | * * * | Judge Walter H. Rice |
| v. | * * | **ORDER OF DEFAULT** |
| **PRECISION PIPING, INC.** | * * | |
| Defendant. | * * | |

**WHEREAS**, the Plaintiffs filed their Complaint on April 24, 2012, and service on the Defendant Precision Piping ("Defendant") was accomplished on April 27, 2012;

**WHEREAS**, the Defendant failed to answer or otherwise plead;

**WHEREAS**, the Clerk of this Court issued an Entry of Default on July 24, 2012;

**NOW THEREFORE**, upon motion of the Plaintiffs and for good cause shown, a default judgment is hereby entered against the Defendant in accordance with the prayer of the Complaint in the above-captioned action; and

**IT IS HEREBY ORDERED** that Judgment is entered on behalf of the Plaintiffs and against the Defendant in the sum of $153,802.53, representing the following amounts:

| | |
|---|---|
| Principal: | $129,254.35 |
| Liquidated Damages: | $18,516.64 |
| Interest: | $3,703.54 |
| Costs: | $350.00 |

Attorney Fees   $1,978.00

Plaintiffs are awarded on-going interest at the rate of one percent per month from August 1, 2012 until the judgment amount is paid in full.

Additionally, Defendant is hereby **ORDERED** to provide Plaintiffs with access its books and records within ten days from the date of this Order to enable Plaintiffs to complete an audit to determine amounts owed by Defendant for the months March 2012 to the present. Upon sufficient showing by Plaintiffs of amount due, Defendant is further **ORDERED** to pay to Plaintiffs all amounts determined by audit to be due and owing, plus interest and liquidated damages.

ENTERED:

By: *[signature]*
UNITED STATES DISTRICT JUDGE

Dated: 8-9-12

Prepared by the Attorney for Plaintiffs
Rachel R. Parisi (0071692)
Ledbetter, Parisi, Sollars LLC
9240 Market Place Drive
Miamisburg, Ohio 45342
937.619.0900 (ph)
937.619.0999 (fx)