# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION NO. 162, ET. AL. | : | Case No: 3:12-cv-121 |
| Plaintiffs, | : | |
| vs. | : | District Judge Walter H. Rice<br>Magistrate Judge Michael R. Merz |
| PRECISION PIPING, INC. | : | |
| Defendants. | : | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C), and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Michael R. Merz.  The Magistrate Judge is empowered to handle the Motion for Judgement Debtor Examination (Doc. #10) filed on 4/3/2013.

April 5, 2013

                                                 s/ Walter H. Rice
                                                   Walter H. Rice
                                            United States District Judge