# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

PLUMBERS & PIPEFITTERS LOCAL
UNION NO. 162, et al.,

       Plaintiffs,       :       Case No. 3:12-cv-121

                               District Judge Walter Herbert Rice
   -vs-                          Magistrate Judge Michael R. Merz
                         :

PRECISION PIPING, INC.,

       Defendant.

## AMENDED DECISION AND ORDER GRANTING MOTION FOR JUDGMENT DEBTOR EXAMINATION; ORDER TO THE CLERK FOR SERVICE

This case is before the Court on Plaintiff's Motion for an examination under oath of the judgment debtor in this case, Precision Piping, Inc. (Doc. No. 10).  District Judge Rice has expressly referred the instant Motion to the undersigned, consistent with the usual practice at this location of court for referring post-judgment matters in aid of execution to a Magistrate Judge (Doc. No. 11).

The Motion is well-taken and is hereby GRANTED.  It is accordingly ORDERED that Defendant Precision Piping, Inc., appear June 19, 2013, at 9:30 a.m. at Courtroom No. 4, 200 West Second Street, Dayton, Ohio 45402, by its president for examination under oath in aid of execution of the judgment herein.  Precision Piping, Inc., is ordered to produce for inspection at the time of the hearing all of the following documents:

1. Federal and state income tax returns for 2012 and 2011 (or the two latest years available) for Precision Piping, Inc. ("Precision").

2. Last 12 months statements for all accounts maintained by Precision at any financial institution, including checking, savings, investment or money market accounts.

3. Title or other evidence of ownership of all real estate owned in whole or in part by Precision.

4. Mortgage statements for any real property owed in whole or in part by Precision.

5. Title or other evidence of ownership of automobiles, trucks, vans or other motor vehicles of any type owned in whole or in part by Precision.

6. Titles or other evidence of ownership for equipment, machinery, tools or other items owned in whole or in part by Precision.

7. List of all accounts receivable due to Precision from any source.

8. A list of all jobsites worked by Precision during the past 24 months.

9. List of all Precision jobs in process.

10. List of any pending Precision job bids.

11. All notes or other loans owed by Precision.

12. Evidence of any safe deposit boxes owned or leased by Precision.

13. Leases in which Precision has the right to receive rent or anything else of value.

14. All written financial statements of Precision created within the last 24 months.

15. All property inventories created within the last 24 months of property owned in whole or in part by Precision.

The Clerk shall serve copies of this Order on Precision by ordinary mail at both 2500 Piqua-Troy Road and 1881 Laurel Creek Drive, both in Troy, Ohio and annotate the docket to show that service has been made.

May 8, 2013.

s/ *Michael R. Merz*
United States Magistrate Judge